### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–24939 – NVA**   Chapter: **7**

**Crystal L. Scott–Harris**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 52 – Application to Employ BK Global Real Estate Services as Broker and Verified Statement of Proposed Party Filed by George W. Liebmann. (Attachments: # 1 Proposed Order # 2 Exhibit A – Service Agreement # 3 Exhibit B – Affidavit of Disinterest) (Liebmann, George) |
| | 53 – Application to Employ Gladwin D'Costa of Maryland REO Realty as Realtor and Verified Statement of Proposed Party Filed by George W. Liebmann. (Attachments: # 1 Proposed Order # 2 Exhibit A – Affidavit of Disinterest # 3 Exhibit B – Listing Agreement) (Liebmann, George) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 4/29/19.** |
| | **Certificate of Service states the incorrect pleading being served.** |
| CURE: | Please file an amended Certificate of Service to the correct the type of pleading being served. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/15/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Natalie Guerra
301–344–3328

cc:   Debtor
    Attorney for Debtor – Adam M. Freiman

defntc (rev. 12/12/2016)