# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–24939 – NVA**   Chapter: **7**

**Crystal L. Scott–Harris**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 6/12/19 at 10:00 AM

to consider and act upon the following:

52 – Application to Employ BK Global Real Estate Services as Broker and Verified Statement of Proposed Party Filed by George W. Liebmann. (Attachments: # 1 Proposed Order # 2 Exhibit A – Service Agreement # 3 Exhibit B – Affidavit of Disinterest) (Liebmann, George)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/7/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Natalie Guerra
301–344–3328

Form ntchrgmdb (rev. 12/2003)